UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                  )<br>           Plaintiff,                                       )<br>                                                                  )<br>    v.                                                         )<br>                                                                  )<br>COPAR PUMICE COMPANY, INC.,          )<br>KELLY ARMSTRONG, RICHARD P. COOK, )<br>SHIRLEY A. COOK, and DEBBIE CANTRUP, )<br>                                                                  )<br>           Defendants.                                  )<br>                                                                  )<br>_____)  | Civ. No. 1:09-cv-01201-JAP-KBM |

## AGREED SCHEDULING ORDER FOR COMPLETION OF CASE

This cause having come before the Court on the joint request by the parties to establish a final scheduling order extending certain pretrial deadlines, and the parties having conferred to propose deadlines in light of the additional discovery that needs to be completed and the sixteen day lapse of appropriations to the Federal Government, which resulted in Chief Judge Armijo's October 1, 2013 "Temporary Administrative Order Relating to Civil Cases Involving the United States," 13-mc-0040, ECF No. 2, and Chief Magistrate Judge Molzen's October 16, 2012 Order staying this matter and extending all deadlines "for a period commensurate with the duration of the lapse of appropriations," ECF No. 447, and the Court having heard from the parties on October 2 and October 25, 2013, regarding the need for further discovery and a final extension of deadlines, and the Court finding good grounds to extend certain deadlines, the Court hereby establishes the following firm deadlines to bring this case to its conclusion:

1

A. Deadlines for any motions and opposition briefs related to outstanding discovery requests, if necessary: November 8, 2013;
B. Deadline for the completion of all depositions other than expert witnesses: December 17, 2013;
C. Deadline for the United States to serve its remaining expert disclosures: January 15, 2014;
D. Deadline for Defendants to serve their expert disclosures: March 21, 2014;
E. Deadline for completion of expert depositions: April 21, 2014;
F. Deadline for discovery related motions: April 28, 2014;
G. Deadline for all non-discovery pretrial motions (including summary judgment) to be set by the Court in connection with the setting for trial.
H. Trial to be scheduled at the Court's convenience on a date that allows review and consideration of summary judgment motions in advance of trial.

IT IS SO ORDERED.

DATED October 28, 2013

_____
The Honorable Karen B. Molzen
UNITED STATES CHIEF MAGISTRATE JUDGE

APPROVED AND AGREED TO BY:

_/s/Dominika Tarczynska_____
Dominika Tarczynska
Attorney for Plaintiff

_/s/Joseph E. Manges_____
Joseph E. Manges
Attorney for Defendants Copar Pumice Company, Inc. and Kelly Armstrong

_/s/Travis G. Jackson_____
Travis G. Jackson
Attorney for Defendants Richard Cook, Shirley Cook and Debbie Cantrup